UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

AT DAYTON

| | |
|---|---|
| JOHN B. HUBER, individually and as Executor of the Estate of Patricia Ann Huber, Deceased, and as the Personal Representative of the Beneficially Entitled Next of Kin,<br><br>Plaintiff,<br><br>v.<br><br>MIAMI VALLEY HOSPITAL, INC.,<br><br>Defendant. | CASE NO. 3:20-cv-294<br><br>JUDGE WALTER H. RICE<br><br>AGREED ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (LIABILITY ONLY) |

The parties have mutually agreed to extend the deadline for the Plaintiff-Executor to file his Reply Memorandum in Support of the Plaintiff's Motion for Partial Summary Judgment. Therefore, by agreement of the parties, and the Court being fully advised, the Plaintiff is granted an extension of 23 days within which to file his Reply Memorandum in support of his Motion for Partial Summary Judgment. The new deadline is September 23, 2022.

The remaining deadlines set forth in the Preliminary Pretrial Conference Order (Doc. #6), as amended in the Agreed Order Extending Deadlines For Expert Identification and Reports (Doc. #14) are unchanged.

UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Kelly M. Schroeder

Susan Blasik-Miller (0005248)

Kelly M. Schroeder (0080637)

FREUND FREEZE & ARNOLD

Fifth Third Center

1 South Main Street, Suite 1800

Dayton, Ohio 45402-2017

Phone: (937) 913-0165; (937) 913-0116

Fax:    (937) 425-0285; (937) 425-0216

Email: sbmiller@ffalaw.com

Email: kschroeder@ffalaw.com

Attorneys for Defendant

Miami Valley Hospital

/s/ John B. Huber

John B. Huber (0022563)

9967 Hunters Place

Cincinnati, Ohio 45249

huberlaw8804@gmail.com

Attorney for Plaintiff